UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA JONES, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MONSANTO COMPANY,<br><br>　　　　　　　Defendant. | Case No. 19-0102-CV-W-BP<br><br>Hon. Beth Phillips |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,
## CERTIFICATION OF CLASS FOR THE PURPOSES OF SETTLEMENT,
## AND APPROVAL OF FORM AND MANNER OF NOTICE

Plaintiffs, by and through their undersigned counsel, hereby move the Court pursuant to Fed. R. Civ. P. 23 for (1) preliminary approval of the class settlement, (2) certification of a class for purposes of settlement, and (3) approval of the form and manner of notice. Plaintiffs' memorandum in support of this motion is filed contemporaneously herewith. The parties' settlement agreement is attached an exhibit to the memorandum.

Dated: March 23, 2020　　　　　　Respectfully Submitted,

*/s/ Kim E. Richman*

**RICHMAN LAW GROUP**
Kim E. Richman (*pro hac vice*)
Clark A. Binkley (*pro hac vice*)
8 West 126th St.
New York, NY 10027
T: 718-705-4579

1

F: 212-687-8292
krichman@richmanlawgroup.com
cbinkley@richmanlawgroup.com

**BELL LAW, LLC**
Bryce B. Bell (MO#66841)
Mark W. Schmitz (MO#69329)
2600 Grand Blvd., Suite 580
Kansas City, MO 64108
T: 816-886-8206
F: 816-817-8500
Bryce@BellLawKC.com

**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
Michael L. Baum (*pro hac vice*)
R. Brent Wisner (*pro hac vice*)
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
T: (310) 207-3233
mbaum@baumhedlund.com
bwisner@baumhedlund.com

*Attorneys for Plaintiffs and the Class*