# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LISA JONES, *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>MONSANTO COMPANY,<br><br>                Defendant. | Case No. 19-0102-CV-W-BP<br><br>Hon. Beth Phillips |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF UPDATED CLASS ACTION SETTLEMENT AND APPROVAL OF UPDATED FORM AND MANNER OF NOTICE

Plaintiffs, by and through their undersigned counsel, hereby move the Court pursuant to Fed. R. Civ. P. 23 for (1) preliminary approval of the updated class settlement, and (2) approval of the updated form and manner of notice. Plaintiffs' memorandum in support of this motion is filed contemporaneously herewith. The parties' updated settlement agreement is attached as an exhibit to the memorandum.

Dated: October 14, 2020         Respectfully Submitted,

*/s/ Kim E. Richman*
_____

**RICHMAN LAW GROUP**
Kim E. Richman (*pro hac vice*)
Clark A. Binkley (*pro hac vice*)
8 West 126th St.
New York, NY 10027
T: 718-705-4579
F: 212-687-8292
krichman@richmanlawgroup.com

1

cbinkley@richmanlawgroup.com

**BELL LAW, LLC**
Bryce B. Bell (MO#66841)
Mark W. Schmitz (MO#69329)
2600 Grand Blvd., Suite 580
Kansas City, MO 64108
T: 816-886-8206
F: 816-817-8500
Bryce@BellLawKC.com

**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
Michael L. Baum (*pro hac vice*)
R. Brent Wisner (*pro hac vice*)
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
T: (310) 207-3233
mbaum@baumhedlund.com
bwisner@baumhedlund.com

*Attorneys for Plaintiffs and the Class*