UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA JONES, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>　　　　　　　　Defendant. | Case No. 19-0102-CV-W-BP<br><br>Hon. Beth Phillips |

## CONSENT MOTION TO EXCEED PAGE LIMITATIONS

**COME NOW,** Plaintiffs, by and through their attorneys undersigned, and hereby request that the Court grant them to leave to file a Legal Memorandum in Support of their Motion for Final Approval of Class Action Settlement and an Award of Attorneys' Fees, Expenses and Class Representative Service Awards that exceeds the page limitations set forth in Local Rule 7.0 by up to 18 pages. These additional pages are necessary due to the complexity of issues involved. Defendant has consented to this motion.

DATED: February 25, 2021

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**RICHMAN LAW GROUP**
　　　　　　　　　　　　　　　　　　　Kim E. Richman (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Clark A. Binkley (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　1 Bridge St. Ste 83
　　　　　　　　　　　　　　　　　　　Irvington, NY 10533
　　　　　　　　　　　　　　　　　　　T: 718-705-4579
　　　　　　　　　　　　　　　　　　　F: 212-687-8292

krichman@richmanlawpolicy.com
cbinkley@richmanlawpolicy.com

**BELL LAW, LLC**
Bryce B. Bell (MO#66841)
Mark W. Schmitz (MO#69329)
2600 Grand Blvd., Suite 580
Kansas City, MO 64108
T: 816-886-8206
F: 816-817-8500
Bryce@BellLawKC.com

**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
Michael L. Baum (*pro hac vice*)
R. Brent Wisner (*pro hac vice*)
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
T: (310) 207-3233
mbaum@baumhedlund.com
bwisner@baumhedlund.com

*Attorneys for Plaintiffs and the Class*