UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA JONES, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>                Defendant. | Case No. 19-0102-CV-W-BP<br><br>Hon. Beth Phillips |

## NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF UPDATED CLASS ACTION SETTLMENT, AN AWARD OF ATTORNEYS' FEES, EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARDS

Plaintiffs, with Defendant's consent, by and through their undersigned counsel, hereby move the Court pursuant to Fed. R. Civ. P. 23(e) for an order (i) granting final approval of the Settlement; (ii) finding that adequate notice has been provided to Settlement Class Members; and (iii) approving Plaintiffs' requested attorneys' fees award, expenses, and class representative awards. Attached to this Notice are Plaintiff's Memorandum in Support of this Motion; the Declaration of Kim E. Richman and Exhibit; and the Declaration of Brandon Schwartz and Exhibits.

DATED: February 25, 2021                Respectfully submitted,

*/s/ Kim E. Richman*

**RICHMAN LAW GROUP**
Kim E. Richman (*pro hac vice*)
Clark A. Binkley (*pro hac vice*)
1 Bridge St. Ste 83

Irvington, NY 10533
T: 718-705-4579
F: 212-687-8292
krichman@richmanlawpolicy.com
cbinkley@richmanlawpolicy.com

**BELL LAW, LLC**
Bryce B. Bell (MO#66841)
Mark W. Schmitz (MO#69329)
2600 Grand Blvd., Suite 580
Kansas City, MO 64108
T: 816-886-8206
F: 816-817-8500
Bryce@BellLawKC.com


**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
Michael L. Baum (*pro hac vice*)
R. Brent Wisner (*pro hac vice*)
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
T: (310) 207-3233
mbaum@baumhedlund.com
bwisner@baumhedlund.com

*Attorneys for Plaintiffs and the Class*