# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LISA JONES, *et al.*, | )<br>) |
| Plaintiffs, | ) |
| v. | ) No. 19-0102-CV-W-BP |
| MONSANTO COMPANY, | )<br>)<br>) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In light of the Court's Order Granting Motion for Final Approval of Class Settlement and Award of Attorney Fees, (Doc. 83), this case is hereby **DISMISSED.**

**IT IS SO ORDERED.**

DATE: May 27, 2021

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT