# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 10, 2021

Mr. Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
Suite 300
1629 K Street, N.W.
Washington, DC 20006

Mr. Jonathan R. Whitehead
WHITEHEAD LAW OFFICE
Suite 210
229 S.E. Douglas Street
Lee's Summit, MO 64063-2301

RE: 21-2292 Anna St. John v. Lisa Jones, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CAH

Enclosure(s)

cc:    Mr. Michael L. Baum
       Mr. Bryce B. Bell
       Mr. Clark Binkley
       Ms. Amy M. Crouch
       Mr. Pedram Esfandiary
       Mr. Patrick E. Hogan
       Mr. Douglas B. Maddock Jr.
       Mr. James Patrick Muehlberger
       Mr. Kim E. Richman
       Mr. John J. Rosenthal
       Mr. Mark W. Schmitz
       Mr. Jeffrey Wilkerson
       Ms. Kathleen Wirt
       Mr. R. Brent Wisner
       Ms. Paige A. Wymore-Wynn

District Court/Agency Case Number(s):   4:19-cv-00102-BP

**Caption For Case Number: 21-2292**

Lisa Jones; Horacio Torres Bonilla; Kristoffer Yee

        Plaintiffs - Appellees

v.

Monsanto Company

        Defendant - Appellee

Anna St. John

        Objector - Appellant

Addresses For Case Participants:  21-2292

Mr. Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
Suite 300
1629 K Street, N.W.
Washington, DC  20006

Mr. Jonathan R. Whitehead
WHITEHEAD LAW OFFICE
Suite 210
229 S.E. Douglas Street
Lee's Summit, MO  64063-2301

Mr. Michael L. Baum,
   Mr. Pedram Esfandiary,
   Mr. R. Brent Wisner
BAUM & HEDLUND
17th Floor
10940 Wilshire Boulevard
Los Angeles, CA  90024

Mr. Bryce B. Bell,
   Mr. Mark W. Schmitz
BELL LAW, LLC
Suite 580
2600 Grand Boulevard
Kansas City, MO  64108

Mr. Clark Binkley,
   Mr. Kim E. Richman
THE RICHMAN LAW GROUP
81 Prospect Street
Brooklyn, NY  11201

Mr. Patrick E. Hogan,
   Mr. John J. Rosenthal
WINSTON & STRAWN
1901 L Street, N.W.
Washington, DC  20036

Mr. Jeffrey Wilkerson
WINSTON & STRAWN
29th Floor
100 N. Tryon Street
Charlotte, NC  28202

Mr. Douglas B. Maddock Jr.,
   Ms. Amy M. Crouch,
   Mr. James Patrick Muehlberger
SHOOK & HARDY
2555 Grand Boulevard
Kansas City, MO  64108-2613

Ms. Kathleen Wirt
400 E. Ninth Street
Kansas City, MO  64106-0000

Ms. Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000