# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LISA JONES, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 19-0102-CV-W-BP |
| MONSANTO COMPANY, | ) |
| Defendant. | ) |

## ORDER ON DISTRIBUTION OF COMMON FUND

On May 15, 2023, the United States Supreme Court denied Objector Anna St. John's petition for a writ of *certiorari* from the United States Court of Appeals for the Eighth Circuit's order affirming final approval of the class settlement in this matter.

Pursuant to Paragraph J.8 of the Updated Settlement, (Doc. 65-1), "[t]he Claims Administrator shall pay out Approved Claims … commencing ten (10) days after the Effective Date or as otherwise ordered by the Court." Paragraph G.3 of the Updated Settlement also contemplates the payment of Class Counsel's Fees and costs within seven calendar days after the Effective Date.

Given the representations of the Parties and the delays occasioned by the appeals and resulting need for the Claims Administrator to run all addresses through the National Change of Address database, update addresses, and print and process checks to ensure that as many Authorized Claimants receive payment as possible, the Court modifies the deadlines approved in its final approval order, (Doc. 83), as follows:

1. The Claims Administrator shall pay Class Counsel's fees and costs from the Common Fund on or before May 31, 2023.

2. The Claims Administrator shall pay out Approved Claims commencing on or before June 15, 2023.

**IT IS SO ORDERED.**

DATE: May 25, 2023

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT